



**November 20th 2023**

The Honorable Judge Claude M. Hilton

The District Court in Virginia

**The United States**

Your Honor,

**Re: <u>Shai Cohen, Israeli I.D. no. ▮▮▮▮▮</u>**

My name is Shiri Lavi, and I am the sister of Shai Cohen.

I am 45 years old, married and a mother of two children.

Today I am a partner in an office that deals in business intelligence and investigations, and in the past I served as a combatant in the Shin Bet for 14 whole years.

I am writing this letter to express my strong support of my brother Shai whom I have known since the day he was born. I believe that in light of the current legal proceedings Shai is facing it is important to provide an insight about his character and past.

I am five and a half years older than Shai and I have known him from the day he was born and until today.

Let me start by saying that my brother Shai is an **honest and decent person without a criminal past.**

**During his service at the IDF Shai served in the Egoz Unit of the Golani Brigade,** which is a commando unit of the IDF's ground forces, and it is a voluntary elite unit.

Shai is a **caring person, who is sensitive to himself and to the environment.** He is a person who is driven by a **straight conscience, and he is a hard laborer, a man of values and a law-abiding citizen.**

Shai and I grew at Israel's periphery in a family that even though it earned a meager income and belonged to a low socioeconomic status, it enriched and gave us values of integrity, credibility, warmth, love, respect, a sense of belonging and a lot of confidence.

**Tel Aviv | Tel. +972-3-6486422**

**almoginv@gmail.com  |  [www.almog-investigator.co.il](http://www.almog-investigator.co.il)**

All the information provided by us is intended, in the most confidential manner, exclusively for the customer. The customer will be responsible for any result and/or damage that may occur to us due to its transfer or disclosure to others.





The uneasy background in which we grew was a motivating factor for Shai and I, which drove us to success, growth and development. We both have shown from a very young age a strong desire to invest our best efforts and abilities in order to escape the low economic tier from which we came. And in fact, each of us flourished in his field and highly succeeded, even though it took a lot of efforts to get there.

Our parents, who are now in their seventies, got divorced when Shai was only 13 years old. Since I was drafted at the time to my military service and left home, Shai was the one who embraced the role of our father, and he was then the emotional pillar and support my mother needed at the time. Shai did all that despite his young age and undergoing then puberty on all its complexities.

Since then, Shai has proven himself as **an exemplary family man,** while demonstrating **responsibility, concern and care** both to the family from which he came and to the family he established.

Shai constantly sees the best interest of his nuclear and extended family before looking at his own best interest.

As Shai's older sister I can indicate that the values of **family unity** and **honoring thy father and mother** were and are guiding principle for Shai.

This can be illustrated by the fact that despite several difficulties that were created in his relationship with our father because of matters that involve our parents' divorce, Shai treated and treats our father with great respect, and he even makes sure to regularly invite our father to holidays and Friday meals at his house.

In addition, Shai is the one who took upon himself to handle the several medical matters of our mother who suffers from a complicated condition and lives by herself at Northern Israel. Shai is the one who frequently takes our mother to and from hospitals, he takes care of having her at his house during Saturdays and holidays, and he takes of driving her to doctors and shopping. By doing all that Shai takes a load off me because I live in Tel Aviv, while my mother and Shai both live in the northern part pf Israel.

Shai is also a **devoted uncle** to my children. He always comes with presents for them, he dedicates quality time for them and plays with them.

Shai is also a **wonderful father** for his three minor children: Y▇ who is 9 years old, L▇ who is 7 years old, and E▇ a toddler who is one year old, and hardly had the chance to become acquainted with his father.

**Tel Aviv | Tel. +972-3-6486422**

almoginv@gmail.com  |  **www.almog-investigator.co.il**

All the information provided by us is intended, in the most confidential manner, exclusively for the customer. The customer will be responsible for any result and/or damage that may occur to us due to its transfer or disclosure to others.

**Almog**
Business Information
and Investigations



I can also indicate that Shai is a **faithful, devoted and loving husband** to his wife. He assures, even while in an arrest overseas, that we will surround his wife and children with warmth and love, and that we will invite them to family events, Saturdays and holidays.

Shai is a **diligent and vigorous** person. Throughout most of the years of his marriage he singly supported his wife and children, or he was at least the main breadwinner. Shai is the foundation and support of his wife Shiran and of his minor children. Shai even tried when the devastating ordeal of his arrest fell upon his family to hold his head for them as high as possible while knowing that not only his own fate is in his hands but also the fate of his beloved wife and three small children. Despite his personal difficulties, Shai took upon himself to strengthen them and induce in them the hope and faith that better days will come.

I would like to mention in that context that Shai's wife and children are experiencing a harsh emotional and financial crisis because of his arrest and extradition afterwards to the United States. This crisis has recently exacerbated because of the atrocities that the State of Israel is undergoing since October 7th 2023 and which have left all the people of Israel in a state of helplessness without a personal or financial security, and in a state of uncertainty regarding their near and far future.

Shai is not only an exemplary family man, but he is also a **good friend.** He has always been surrounded with friends who accompanied and are accompany him until today.

I am aware of the charges and believe in all my heart that the actions for which Shai stands trial don't reflect his true nature. Moreover, I personally know that Shai has shown regret and true willingness to learn from this experience.

In addition, since I know my brother, I can fully say that the significant mistakes Shai did were done out of a desire to succeed, and not God forbid with an intention of deceiving someone or shunning from his legal duties. Unfortunately, at a certain stage Shai's pursuit after the "American dream" blurred his path, and he is being punished for that.

It also should be noted that Shai never fled the United States. Shai came to Israel in 2013 by my request that he will participate in the birth of my son Yehonatan, but since that moment his world came crumbling apart.

In the recent years Shai has been in a terrible financial situation. Shai, who was a successful person with an affluence of funds at his disposal, and he could and did enjoy the luxuries of life and even provide others with them, became a needy person who depends on the generosity of others.

**3**

**Tel Aviv | Tel. +972-3-6486422**

**almoginv@gmail.com  |  www.almog-investigator.co.il**

All the information provided by us is intended, in the most confidential manner, exclusively for the customer. The customer will be responsible for any result and/or damage that may occur to us due to its transfer or disclosure to others.




**Almog**
Business Information
and Investigations

I believe that any other person would have lost his way in such a situation, but not Shai. He maintained his basic values as a moral, honest and grateful person.

This purpose of this inquiry of mine is that **the value of proportionality will be exercised in the punishment that is expected for Shai.**

I am sure that Shai will resort to all the steps that are required in order to make amends of the mistakes he made, and he will act in an active way towards a positive future. I ask of the honorable Court to take into consideration Shai's general nature, his past and the circumstances that led him to his current situation.

If necessary, I am willing to provide additional information, arrive to the United States to testify under oath, or to do anything and everything else in order to support Shai.

**Let me thank you in advance for your response in the matter,**

**Thank you for the time and consideration,**

**Shiri Lavi**

**Tel Aviv | Tel. +972-3-6486422**

**almoginv@gmail.com | www.almog-investigator.co.il**

All the information provided by us is intended, in the most confidential manner, exclusively for the customer. The customer will be responsible for any result and/or damage that may occur to us due to its transfer or disclosure to others.

Dear Judge Claude M. Hamilton,

District Judge of the United States,

Your Honor,

Subject: Testimonial for Shai Cohen

I hope this letter finds you well.

I am Yaniv Gabbai, 39 years old, happily married with two wonderful children. I have been working for the Israel Electric Corporation for about seven years.

My acquaintance with Shai dates back to the age of 5 when we started playing soccer together in the Hapoel Haifa youth team. Our journey continued in the military, serving in the Golani Brigade's reconnaissance unit. Throughout the years, I have accumulated amazing experiences with Shai, transitioning from childhood and adolescence to adulthood. Shai has always been surrounded by friends, with our homes being central gathering places.

Shai and I have a history of sitting together, eating, and discussing everything from the time we were drafted into the IDF until after our service. We served together in the same unit and formed a strong bond through shared challenges and experiences. The army shaped us into the men we are today.

Upon completing our military service, each of us pursued our respective careers, but our close friendship endured. Shai has consistently been an example for me in demonstrating respect for his parents, being an attentive and active father, and honor and cherished his wife. Shai has been a pillar of support and guidance in times of need.

Shai has committed numerous acts of kindness for others and has extended a helping hand even when facing personal challenges. I personally experienced his generosity during a tough economic period, where Shai not only provided moral support but also assisted me financially.

Our 34 years of friendship have been marked by incredible experiences across various countries and beautiful places. We've shared significant moments such as weddings, birth of children and the journey from childhood to adolescence. Our friendship is a way of life, more akin to brothers than friends.

Shai is, in my view, the kindest and purest person in the world. I am proud of Shai, and while I recognize that even the best people can make mistakes, I believe in the righteousness of his path. I am confident that Shai's true character will influence the outcome, and I express my gratitude for your attentive consideration.


Thank you for your time, and I wish you much success in your proceedings.


Sincerely,

Yaniv Gabbai

Honorable Claude M. Hilton

District Judge of the United States

**The United States**

Your Honor,

### **Subject: Shai Cohen**

I am Shoshana Cohen, a 76-year-old divorced woman, the mother of Shiri and Shai. I divorced Shai's father when Shai was only 13 years old, and Shiri was a soldier. Despite his young age, Shai took om himself the role of the family man, being not only as my son but also as my closest and most supportive friend.

Shai embodies values of excellence, determination, discipline, dedication, and responsibility, he has within him through sports, particularly soccer, from a young age. As a child, he was an exemplary student and well-behaved, never requiring special attention from me regarding his school performances.

Throughout his life, Shai ensured that I was never alone. Even when traveling with friends, he made them include me, deviating from the norm of his peers. After completing his military service, Shai cut short a trip abroad upon learning of my illness, demonstrating a profound sense of responsibility and care.

Shai maintained close relationships with his two sisters, Shiri and ilanit, and always surrounded himself with loyal friends, reciprocating the support he received. As he supported me during my ongoing health struggles, Shai went above and beyond, making sure I ate properly, took medication on time, and accompanying me to medical appointments.

There was a critical moment when Shai insisted on taking me to the hospital, a decision that likely saved my life. Since then, he has continued to care for me, even welcoming me into his home after hospital stays to ensure I recover comfortably.

Since Shai's arrest, my health has deteriorated further, and I struggle with incessantly smoking due to the difficulty in coping with the situation. Considering my health, I fear that my time is limited on this earth. My greatest concern is passing away before seeing my sons again, especially as Shai is incarcerated.

I acknowledge Shai's mistakes, and he, too, he expresses remorse. I kindly request, that you will consider my son's positive actions, legal conduct, and his beautiful character.

With heartfelt gratitude,

Shoshana Cohen

23/11/2023

TO: Hon. Claude M. Hilton

 U.S. District Judge, Eastern District of Virginia

### Subject: Shai Cohen

My name is Adi Levi and I am 39 years old. I am married plus 3 beautiful children.

I am an American citizen living in Israel and My occupation is developing and real estate.

My friendship with Shay Cohen started when we were kids in first grade, we were about six years old then.

We graduated from high school together and right after we served in the IDF together as infantry soldiers.

We fought shoulder to shoulder in the army for almost 3 years, Shay risked his life not once protecting others.

Right after we released from the military we had traveled the world together, we spent 5 month in India celebrating life.

ME and Shay are brothers for 33 years now. He is A true friend.

From the time Shay was a kid he always supported his family in so many ways, mostly his loving mother which was a single working hard mother. He always helped his mom financially and physically.

Shay is True and decent person with values and dignity, Family for him is first place.

Shay and his wife got married and brought together 3 beautiful kids. His youngest just turned 1. As a normal family loving their children and doing their best with happiness and love. Shay has such a strong connection with his boys. As Shay's best friend I always taking an example from him educating and cherish my kids like he does.

During these 33 years friendship, the trait that stands out the most is his compassion for others and giving from the heart without asking back. In so many sections in my life Shay has been there for me and for that I am so grateful.

Also the good guys make mistakes sometimes and I am sure Shay learned from it and will get stronger from that period in his journey.

Best regards

Adi Levi

In the name of God,

November 19, 2023

To the Honorable: Honorable District Judge of the United States,
 Mr. Claude M. Hilton

Dear Sir,

My name is Eti Yochai, residing in Holon, Israel, a mother to a son and a daughter aged 17.5 and 15.5. I have been working in a Back Office for 12 years. I am the sister in-law of Shai Cohen.

I first met Shai 18 years ago when he was a young, ambitious dreamer about his future. During that time, he met his wife, Shiran (his wife today), and I was about to get married. Shai played a significant role in my wedding, assisting and supporting in the organization and preparations. After the birth of my first daughter, Shai and Shiran greatly helped me in her upbringing. Following the birth of my second son, I went through a divorce, and during the subsequent economic and emotional crisis, Shai and Shiran were there for us, providing support and assistance even when they were physically distant.

During the time we know eachother, I discovered that Shai is a person with boundless generosity, always the first to offer help, volunteering and actively participating in charities. He sets an example for his children, becoming a role model admired for his patience, upbringing, and genuine friendship.

As a father, Shai embodies the values he instilled in his children – Jewish education, respect for parents, love and acceptance of others. The children see him as a figure of admiration, a strong, nurturing, and genuine educator and friend. Shai is an excellent father, full of patience and tolerance, raising his children to the Jewish values. The current difficult times in Israel demand Shai to stand by his wife and children, who are deeply afraid and anxious. He is their anchor.

In every family gathering, birthdays, and celebrations, Shai takes care of meals, the Sabbath ceremony, and fosters family togetherness, even when he couldn't afford it economically. Shai is a normative family man, a father who cares that never withhold from his children and wife, a person of giving and kindness.

Respectfully,
Eti Yochai

Dear Judge Claude M. Hamilton,

District Judge of the United States,

### Subject: Shai Cohen

I am Liron Avitan, the director of the "Kalanit" kindergarten in Kiryat Bialik, Haifa District. My acquaintance with the Cohen family began in 2017-2021 when I educated Shai Cohen's two sons, Y███ and L██, at our kindergarten.

Shai fulfilled his role as a father to his sons in an exemplary and impressive manner. I was impressed by his educational discourse and his exceptional ethical level with his two sons, instilling values of patience and acceptance. As a person, he was pleasant to converse with, possessing qualities and a demeanor that greatly respected the educational staff. He frequently consulted with me on emotional, educational, and academic aspects related to his children. It was evident that the education of his children was a high priority in his life.

In addition to being an exemplary father, Shai volunteered actively and worked extensively for the benefit of the kindergarten community. He dedicated entire days to promote children's cohesion and community well-being, particularly in our city of Kiryat Bialik. Shai was not only an educational figure but also a significant part of the educational staff. Many parents in the kindergarten community expressed admiration for Shai's contributions, seeking his advice on various personal matters. I am aware that Shai quietly assisted a family in need within the kindergarten community, all done with modesty and humility, reflecting Shai's nature of providing educational and ethical contributions without expecting anything in return.

As part of his role on the kindergarten committee, Shai initiated parent-child activities and established an enriching ecological garden for the young children's learning. He contributed plants, flowers, soil, and tools for the unique garden, bringing joy not only to the children but also to the kindergarten staff and parents.

Moreover, Shai dedicated his time each week to teach soccer, providing lessons on the rules of the game and imparting moral values such as sportsmanship, respect for opponents, and more.

The children eagerly awaited Shai's weekly sessions, clearly benefiting not only from the soccer lessons but also from the social and emotional values he instilled, both in his own children and in their friends. I want to express my full appreciation and deep gratitude for Shai Cohen's willingness to respond to any request from the educational staff, volunteering for the enrichment of the kindergarten's educational community.

The services he provided to our educational staff left an indelible mark on our hearts, and for the kindergarten community, he was a considerate individual who generated a positive atmosphere. I have no doubt that Shai, with his outstanding qualities of selflessness, volunteering, humility, and respect for humanity, will continue to be a source of inspiration for fathers and individuals with moral, ethical, and educational values for the entire world.

Sincerely,

Liron Avitan

Kindergarten Manager

November 25, 2023

TO: Hon. Claude M. Hilton

U.S. District Judge, Eastern District of Virginia

Your Honor,

**<u>Subject: Shai Cohen</u>**

I am Yossi Cohen, a 73-year-old divorced father of three children. Two of them are from my marriage, and one is from another relationship.

Regrettably, I separated from Shai's mother almost 20 years ago when Shai was just 13, and Shiri my daughter was a soldier. Despite his young age, Shai took on himself the role of the family patriarch, supporting his mother, my ex-wife. The crisis and damage caused when I left were immense, affecting Shai's mother profoundly, while my daughter, Shiri distanced herself from me for almost ten years.

Shai, however, despite being a young teenager, did not judge me and focused solely on supporting and strengthening his mother. He was strong, offered hugs, kind words, and phone conversations. Shai demonstrated mature behavior with no judgment.

Shai continues to fulfill the significant role of the family's central pillar, providing support not only to his mother but also to his wife and three young children with great dedication and love. He has been a source of strength and support in every sense.

Only today, in my advanced age, do I realize that Shai set an example for me and my family, teaching us about humane conduct and familial responsibility. Shai taught me the meaning of being a good father and providing for children.

Since my divorce, I have lived alone, struggling to care for myself due to health issues such as high blood pressure and arterial blockages. I recently underwent a severe neck operation. Since Shai's arrest, I find it challenging to eat and sleep, and the news of his situation adversely affects my physical and mental well-being.

As long as Shai was in the country, he took care of me, inviting me for Friday dinners and bringing me food when I couldn't attend. In recent years my two children, Shiri, Shai and I managed to rebuild our relationship as a family unit. However, Shai's arrest shattered our family again, affecting not only us but also the young family he had built with his wife and three adorable children.

Considering my health, I fear that time may be limited for me. My deepest hope is to see my sons before I pass away.

I acknowledge Shai's mistakes, and I am aware that he expresses regret for his actions. What matters to me is to emphasize that Shai is fundamentally an honest person, upholding law, fairness, and righteousness. He is a young man of values who has made positive contributions.

I sincerely hope that Shai's true values, reflected in his conduct, good deeds, and positive character traits, will be considered in his favor during the court's deliberations.

With gratitude,

Yossi Cohen

November 19, 2023


Dear Judge Claude M. Hamilton,

District Judge of the United States,


### **Subject: Shai Cohen**

My name is Adi Sosan, a 36-year-old Bank employee. I have known Shai Cohen since 2012 as a close friend of his wife, Shiran. I would like to emphasize the closeness of our relationship and my familiarity with Shai from the very beginning of their acquaintance until today.

I have accompanied them at every stage of life, and I can testify that Shai is a humble person with a big heart, always willing to give and help others. Shai is a family man who constantly appreciates and respects his wife and sees his children as the essence of his life.

I want to share a specific memory that highlights Shai's character. During a challenging period in my life when my mother was going through intense medical treatment, and I, a divorced mother, was living with my 7-year-old daughter, Shai and Shiran generously opened their home to us. Shai, despite the intrusion into his privacy, went above and beyond to make us feel comfortable. He spent evenings talking with me, cooking us food, and ensuring a peaceful sleep environment for both me and my daughter. Shai displayed sensitivity, providing the highest level of comfort and support during a difficult time.

Shai is not one to wear a false facade; he is a person of truth. He genuinely cares about others and consistently thinks of how he can contribute to their well-being. He has a pure heart, and his actions reflect his sincerity.

In addition to his personal qualities, I would like to share a personal connection Shai had with my father, a devout member of the Chabad movement. Shai regularly attended Torah classes with my father and consistently asked about opportunities to contribute financially to those in need. His commitment to helping those less fortunate demonstrates his selflessness and genuine concern for others.

In conclusion, I want to express my heartfelt belief that Shai Cohen is a person with a pure heart and a giant soul. His actions have left an enduring positive impact on my life, and I am grateful for his genuine friendship and support during challenging times.


Best regards,

Adi Sosan

Subject: Character Testimony for Shai Cohen

Dear Honorable Judge Claude M. Hamilton,

Greetings,

I am Eyal Rivner, 40 years old, married, and a father of two daughters. I have been a lawyer in Israel for over 10 years, specializing in labor law. I am Shai's childhood friend, knowing him for over 30 years. Shai and I grew up and developed together in the same city and neighborhood. He has been with me through the good and not-so-good moments throughout our longstanding friendship, which I consider a lifelong companionship.

In this letter, I would like to share my testimony regarding Shai's character. I believe that, in the interest of justice, it is important to hear about Shai before deciding on his punishment and judging him prematurely. Shai is a good person, a loyal friend, a loving and dedicated father and husband, a true family man, and a person with a generous heart. Anyone who knows Shai can attest that his conduct is characterized by sensitivity, grace, and respect towards others.

Shai is a "people person," one of the few who will always be willing to help and support you unconditionally, at any time and under any circumstances. He is the kind of friend who will stand by your side in times of trouble, the kind everyone needs, and I am fortunate to have such a friend – a person full of goodness and generosity, always ready to lend a helping hand.

I won't delve into the many years of our friendship with Shai in this letter. I will only share that during my youth, I battled cancer and went through a very difficult period. Shai was there for me, supporting and accompanying me during my toughest moments. He spent entire days at the hospital, putting aside his personal life and livelihood, practically sacrificing himself for my sake, ensuring I stood firm and providing support to my family.

Furthermore, despite the economic challenges Shai has faced in recent years, he never hesitated to assist anyone facing hardship. He is never indifferent, always contributing and helping, prioritizing others' difficulties over his own.

I am well aware of the allegations against Shai, having accompanied him in recent years. These actions do not reflect Shai as a person, a family man, a friend, or a citizen. I urge the esteemed court to consider these aspects .

The Jewish-American author Paul Auster wrote in his book "Timbuktu": "To leave the world a bit better than you found it is the best any man can ever do." This is what Shai has done and continues to do.

With great respect,

Eyal Rivner, Esq.

13/11/2023

TO: Hon. Claude M. Hilton

 U.S. District Judge, Eastern District of Virginia

### Subject: Shai Cohen

I am Idan, 40 years old, married to Adi, and a father to ▮▮▮. I've been working for 14 years in a large communication company in Israel's engineering division. I've known Shai for 27 years, and from our first meeting at the age of 13 on the neighborhood football field, I wanted him as a close friend due to his friendliness and openness.

Shai quickly made me feel like a part of his family. The Friday night Shabbat dinners, even over time, included special dishes for me, tailored to my taste, even though I didn't ask for it. Shai's home was always open to me, whether in Israel or during the time he was in the United States. In both places, Shai and his family hosted people for Sabbat and holidays, creating an atmosphere where everyone felt loved and cared for.

Even while being in high school, although we weren't in the same class, we maintained a deep and strong connection. Shai was always connected to people of all ages and found common ground with everyone. Over the years, Shai introduced me to many friends, and we remain in touch to this day.

Shai has been by my side through various challenges, such as my father's passing and complicated divorce. He always provided a listening ear, ensuring I never felt alone and helping me navigate these difficult times. Shai's remarkable family ties are evident for his relationship with his wife, children, and extended family. His ability to connect with people and offer support is something I have always admired.

I am aware that during his time in the United States, Shai engaged in various activities. From my knowledge of Shai, he regrets some of these actions to this day. Shai was very active in the community, contributing to Chabad houses and successfully bringing together people from diverse backgrounds.

Even when Shai was abroad, he made an effort to share Jewish holidays with me by sending greetings and pictures of a large table with many people, inviting me to join if I were there. It always warmed my heart to see that Shai continued his extensive generosity and love wherever he was.


Best regards,

Idan

Dear Judge Claude M. Hilton,

The District Court of Virginia

Letter of Recommendation and Character Testimony

I hereby recommend my dear and close friend and student Shai Cohen who I have had a connection with for over three years.

My name is Ilan Eliyahu Yitzchaki. I am a veteran activist (over 25 years) in the organization "Lev L'Achim" in Israel. The organization "Lev L'Achim" was established for the purpose of strengthening Jewish awareness and morals in the Jewish population in Israel.

Over the course of my work in the organization, I have met with tens of families and hundreds of people from all the different classes in the population and therefore I am thoroughly familiar with the character and mentality of the society in Israel and the problems that characterize it.

The first time I met with Shai and his family, I found myself with a very special individual, of only 33 years old, who holds a strong belief in God. A man filled with joy and ambition to grow in every area. I met someone who has managed, despite his young age, to accomplish and do a lot in Israel and the world.

In contrast to many of the families that I met for the first time, I didn't need to teach Shai what faith in God is or what Judaism is. Shai was from the beginning a believer of God and was happy with his Jewish identity. He only asked me to teach him how to proceed and what God wants from every person. Since that initial meeting, we have continued to meet almost every week and talked on the phone every other day.

After knowing Shai and his family for so many years, I know his qualities and traits through which he lives his life each day.

The first trait that I found in Shai, without a shadow of a doubt, as the basis and foundation for every goal and action he makes is - honesty, integrity and righteousness, which is derived from his direct faith in God. I was deeply moved to see how important  is honesty and justice are in his business deals, and how he chooses his associates and employs in accordance to their level of uprightness, honesty and the level in which they help others.

As a businessman, Shai would always first check if what he was doing would hurt others. If the answer was "yes", he would not continue. He would always give every person the benefit of the doubt and only see the good in others.

The second trait that characterizes Shai is - kindness and generosity. It is in his blood to help others wholeheartedly, with willingness and a smile. Shai and his wife have helped countless number of needy families in the United States, whether it be financially or emotionally so they could get back on their feet, start their life anew and

begin to bring in a stable livelihood. And of course, all of this was done without asking for any money or anything else in return.

The third trait that characterizes Shai is - that he is satisfied with what he has and his ability to see his neighbors' plate with a good eye and not be jealous of what others might have when you don't. This is a very rare trait that is not seen among many others, and that is because Shai's belief that whatever God gives you - is exactly what you need.

The fourth quality that I saw in Shai is - a family man, loving and devoted at the highest level. His behavior at home to his wife and children embodies his positive personality. He gives love to anyone in need, speaks gently and calmly with his wife and children and he makes a deep effort to maintain happiness, joy and calm despite the pressure and restrictions he has faced over the past two years. When I first met Shai, he was married with two little children, ages 3 and 4. Today, Shai is the father of three children ages 7, 5 and 1 years old and his deepest worry right now is to raise his children, to grow and develop the traits in them that define Shai, as mentioned above (honesty, justice, kindhearted, generosity and good eye).

Indeed, at the weekly meetings I had with Shai, we learned Pentateuch (Torah) and about Judaism, as well as about respect for others. I had the honor of being Shai's rabbi and learned with him Jewish morals and Jewish code of conduct. In return, I had the pleasure to learn from Shai many good things.

Therefore, I have come to recommend my dear student and important friend Shai Cohen, whose efforts in the past and in the present have always been to do good for others, and to cheer those in need through any way possible. I'll share an example I heard from Shai himself.

During his stay in the United States, he and his wife helped more than 10 couples to get married, providing them all that was necessary, beginning from preparing the food for the wedding to whatever is needed by a new couple to get started. In addition, they would regularly host families on the Jewish Sabbath and Jewish holidays. And if during these stays Shai might have accidentally done something to hurt one of his guests, it is certain that whatever was done was done by accident and without the intention to hurt another.

So, now I turn to you, the honorable District Court of Virginia, just like Shai has only done good for others, who only wants to help those in need, and who judges all favorably, please judge Shai measure favorably, and just as Shai has always tried to do, see the good in everyone and not their shortcomings. May you see the good in Shai so that he can return to Israel and live happily with his wife and children.

Sincerely,

Rabbi Ilan Eliyahu Yitzchaki

"Lev L'Achim"

Israel



Wednesday, November 15, 2023

**To the Honorable District Judge Claude M. Hilton**
**U.S. Judicial System**

**Re: Shai Cohen**

**Dear Judge Hilton,**

My name is Tziki (Tzvi) Avisar. I am the founder and chairman of the New Spirit Movement in Motzkin, a local party in the city of Kiryat Motzkin in northern Israel (A suburb of the city of Haifa). In the 2018 elections, I ran for the position of city mayor, and after its conclusion, my party and I secured the second position. Since November 2018, I have been serving as the head of the opposition in the city council.

I first encountered Shai Cohen at the end of 2016 when I rented office space and services from him for the mayoral campaign. Within a short period, our relationship evolved into a friendship, and Shai even joined the volunteer team of our movement, playing a significant role both in contributing funds to the needy population and volunteering in nursing homes with Holocaust survivors who lack pension or social benefits. His volunteering involved engaging in conversations to alleviate loneliness, assisting in apartment maintenance, and purchasing and delivering food and essential products to the homes of those in need.

Until his arrest in Israel years later, I was unaware of his activities in the United States. On the contrary, Shai Cohen, whom I knew from 2016 to 2021, was a person of values, law-abiding, and supportive of proper governance. This was evident not only in his volunteer work but also in his meticulousness in document filing and reporting to Israeli oversight authorities. In this regard, it is worth mentioning that as an election candidate in Israel, all contracts and agreements between me and the service providers for my campaign were scrutinized by the State Comptroller, including agreements with Shai Cohen, and all were found to be in order. I was the only candidate in my city whose State Comptroller published a positive report on this matter.

From the moment Shai was arrested by Israeli authorities as part of extradition proceedings, I became closely acquainted with the difficulties that Shai and his family were forced to endure. Their world turned upside down. Despite being normative, creative, socially engaged, and



contributing to his community, Shai and his family found themselves in need of support. The legal proceedings against Shai were conducted in Israel by Israeli police and lawyers, but it was evident that the enforcement directive was more stringent than the Israeli standard, partly due to Israel's commitment to upholding American law and the agreements between the two countries.

While I strongly support functioning legal systems and global cooperation in enforcing legal norms, a close examination of Shai Cohen's case reveals that the just systems exact a heavy, if not disproportionate, toll. I write this, taking note of two historical events that coincided with the relevant period: the COVID-19 pandemic and the "Israel-Hamas War of 2023," both of which have disrupted and continue to disrupt every household in Israel, especially those where the main breadwinner is either under house arrest or detained abroad.

Shai Cohen and his family have already paid a heavy price. I sincerely hope that the U.S. court will find a meaningful way to alleviate the suffering of Shai Cohen and his family, who anxiously await his return home.

Best regards,

**Tzvi (Tziki) Avisar**
City Council Member
Chairman of the New Spirit Movement in Motzkin

Honorable Claude M. Hilton

District Judge of the United States

<u>Subject: Character Reference for Shai Cohen</u>

My name is Shiran Cohen, and I am the wife of Shai Cohen. I am 36 years old, and together with Shai, we have three wonderful children: ██, 9 years old, L██, 7 years old, and E██, a toddler. We've been married for about 12 years and met at a young age. Shai has been my best and most loyal friend before anything else, and he remains the love of my life.

Shai is a respectful and loving man, a figure of admiration who sees everything positively even in challenging times. He is a man of integrity, love, and generosity, always prioritizing my needs and our family's well-being.

Our journey together has had its ups and downs, but Shai has always been a true partner in success and a pillar of support, providing encouragement and guidance in every situation. He is actively involved in our children's lives, participating in their activities and celebrations.

Even though he is facing economic challenges, Shai is always willing to help others, whether it's contributing to institutions, charities, or assisting someone in need. He cares deeply for animals and goes out of his way to rescue injured ones.

As a father, Shai is loving, patient, and actively engaged in our children's lives, guiding them with good values through his own actions. He has a positive impact on our community, volunteering in our children's educational institutions and being a reliable presence.

In recent challenging times, Shai's incarceration has put a strain on our family emotionally and financially. He continues to fight to provide for us despite the difficulties, maintaining optimism and a positive outlook.

I have personally faced struggles, including two miscarriages, and Shai has been my emotional and moral support throughout all of it. His absence has affected our children emotionally, with Y██ displaying signs of distress and L██ struggling with his studies.

I find myself in a complex situation, alone with three young children, unable to cover basic living expenses with my part-time job. Shai's incarceration has left me broken, and our children are also struggling emotionally.

I humbly request that the court considers Shai's overall character, his clean record, and the purity of his intentions when determining his punishment. I acknowledge his mistakes, and I am confident that he is genuinely sorry for them and will do everything to rectify them.


Thank you in advance,

Shiran Cohen





November 15th 2023

The Honorable Judge Claude M. Hilton

The District Court in Virginia

<u>United States</u>

Your Honor,

### Re: <u>Shai Cohen</u>

My name is Yifat Schiller, and I am a mother of 3 adult children and a citizen of the State of Israel. I also have an office, which deals in business intelligence and investigations.

I served during 1989-1992 as an investigator in the IDF's military police.

When I completed my military service at the IDF I did an internship as private investigator and in 1996 I received my license from the Ministry of Justice of Israel to work as a private investigator.

Once I received my license I started to work as a self-employed private investigator simultaneously to my undergraduate studies in criminology at the Bar Ilan University.

In 2001 I received a license to run a private investigations office, and in addition I earned a mediator certificate.

In 2016 I randomly met Ms. Shiri Lavi, Shai's sister.

I immediately noticed her qualities, integrity and values. Shiri, who served as a combatant in an operational unit at the Shin Bet, was at the time on vacation during the last days of her service at the Shin Bet.

At the time I met Shiri I have run for 20 years a business by myself, but still I immediately offered her a full partnership and I had a gut feeling that we formed then a shared destiny between us.

About a year later I met Shiri's parents and her brother Shai, and I was taken into their family.

**1**

**Tel Aviv | Tel. +972-3-6486422**

**almoginv@gmail.com  |  www.almog-investigator.co.il**

All the information provided by us is intended, in the most confidential manner, exclusively for the customer. The customer will be responsible for any result and/or damage that may occur to us due to its transfer or disclosure to others.



**Almog**

Business Information
and Investigations



Given that at the age of 26 both my parents had already passed away and I didn't have any close family, I was privileged that the Cohen family became my family.

Since then, I celebrate the Jewish holidays with them, and I am invited to the family's meals on Friday night, picnics and birthdays. Shai and his wife Shiran welcomed me with warmth and love. I came to Shai's house numerous times and he always welcomed me with open arms, and he was interested in my life, encouraging and raised in me a feeling of belongingness.

I underwent in 2020 an uneasy divorce, and Shai and his family supported me at the time. I had intimate conversations with Shai about my fears, and Shai encouraged me and assured me that I am entitled to a good life, that my children will be fine, and that my business will grow. He made sure to invite me every Friday to a meal in order that I will gain strength (and good food..). As a person who believes in God he induced in me confidence and optimism, and he always welcomed with a hug and a benevolent face.

Shai is the outmost family man there is, he loves his wife and he is a wonderful father to his children. He always has patience to teach them, to tell them a story, and to play with them. He is a very intelligent person, and he talks to his children as if they are grownups, and they are very much connected to him.

Shai's wife suffered about two years ago two spontaneous miscarriages, and that broke her. Shai held the family together and supported them. He hugged them and believed that everything will be alright, and it should be noted that he did all that while undergoing an extradition procedure and forced to wear an electronic bracelet. This is the main trait of Shai: he is an optimist and believes in good.

Before Shai was extradited, I overheard a conversation he held with his son Lavie in which he explained to him that you need to pay for mistakes, you need to take responsibility, and it is always possible to make amends. I believe that Shai also has the possibility of making amends. He is a talented person and a family man, and it is obvious to me that he takes full responsibility for his actions and he will never break the law.

As some who has been observing this ordeal, I see how Shai's family is devastated. His parents aren't in the best of health, especially his mother Shoshi who suffers from a chronic lung disease, and since the extradition she doesn't sleep or eat enough.

My partner Shiri is holding everybody together. She is supportive of her parents and of Shai's family, both emotionally and financially.

Tel Aviv | Tel. +972-3-6486422

almoginv@gmail.com  |  www.almog-investigator.co.il

All the information provided by us is intended, in the most confidential manner, exclusively for the customer. The customer will be responsible for any result and/or damage that may occur to us due to its transfer or disclosure to others.




In the last two years Shiri has been running between lawyers while accompanying her parents to medical examinations or arriving to support them when it is difficult. She also hangs around with Shai's children and tries to create a routine for them even when their hearts are shattered.

The Cohen family is a warm, loving and very funny family. They always tell jokes during the meals. It has been two years since I have seen them smiling, and my heart is torn because of that. I hope that your honorable Judge will take all of this in Shai's favor and allow him to soon return to his children, his family, and his country.


Sincerely,

Yifat Schiller

**Tel Aviv | Tel. +972-3-6486422**

**almoginv@gmail.com | www.almog-investigator.co.il**

All the information provided by us is intended, in the most confidential manner, exclusively for the customer. The customer will be responsible for any result and/or damage that may occur to us due to its transfer or disclosure to others.

23/11/2023

TO: Hon. Claude M. Hilton

U.S. District Judge, Eastern District of Virginia

**<u>Subject: Shai Cohen</u>**

My name is Ilanit Btzelal, and I am Shai Cohen's half-sister from a relationship our father had with my mother. I am 53 years old, married, and a mother to O███, T███r, ████, and S████.

I am writing this letter to express my strong support for Shai, my half-brother, whom I have known since the day he was born. Shai and I have maintained a warm, loving, and close relationship forever. For me, Shai is much more than a biological brother.

Several years ago, I battled cancer, and Shai stood by me through everything related to the illness. His main contribution, from my perspective, was the emotional support he provided. Shai is a believer and never stopped praying for my recovery. At the same time, he showered me with endless love and did everything he could to strengthen my belief in healing. Shai spent long hours with me, encouraging me and trying in every way to alleviate the tension and anxiety caused by my illness.

Shai's presence in my life is a significant factor that aid in my illness and recovery.

As the aunt of Shai's three young children, I can testify that his physical absence from their lives, with no ability to visit, puts them under stress and anxiety, leading to behaviors that are not typical for them.

Given the severe situation in which the State of Israel finds itself since the horrific events of October 7, 2023, leaving the entire country in a state of uncertainty, pressure, tension, and anxiety, my plea is that you consider Shai's nature and his clean record to minimize his punishment for a one-time mistake.

Ilanit

November 10, 2023

Honorable Claude M. Hilton

District Judge of the United States


<u>Subject: Character Reference for Shai Cohen</u>

My name is Maor Meizil, 36 years old, married, a father of two children, residing in Israel, and the owner of a restaurant chain.

My initial connection with Shai began approximately 11 years ago when he arrived to Israel with his wife, Shiran, who is my cousin. We quickly formed a special bond, and it was evident that a friendship was established, a one that would last for many years. Several months later, when Shai and Shiran returned to live in Israel, my relationship with Shai deepened, and over time, we grew even closer.

I used to visit Shai and Shiran about once a week when I came to Kiryat Bialik (where they lived), and each visit involved hours of conversations on his balcony. We shared business ideas, aspirations to start families, our fears of failure, and, in general, we discussed everything about life.

Shai closely supported me when I opened my first restaurant in 2015, always being there whenever I needed someone to talk to or consult with. Since his return to Israel until a few months ago, Shai played a significant role in my daily life, and our connection only strengthened. At its peak, we spoke on the phone 3-4 times a week and met 2-3 times a week.

We raised our children together, went on family vacations, and our families were very close to each other. Besides my connection with Shai, my wife and Shai's wife, Shiran, developed a close friendship.

I can attest that Shai is an excellent father, a true friend, an honest and fair person, someone who is always ready to sacrifice for others. Since becoming a father, I've seen how Shai's priorities shifted to ensuring a better future for his children. He became more connected to faith, belief, and the truly important things in his life.

I have no doubt that today, wherever he is, his main thoughts are with his sons and his wife, focusing on what they are doing and how they are coping. I also have no doubt that the hope of seeing them again soon strengthens him and gives him the strength to face the consequences of actions from 15 years ago.

Personally, I miss Shai very much. We have spoken only a few times since he was incarcerated in the U.S, and we hope he can return to our lives soon. We miss him here in Israel.

I hope that his honorable character will be taken into consideration, knowing that he is a normative man with no criminal history. I hope that he can reunite with us and his family soon.


With great respect,

Maor Meizil

November 20, 2023
Honorable Claude M. Hilton
District Judge of the United States

<u>Subject: Character Reference for Shai Cohen</u>

My name is Omri, and I live in Kiryat Bialik. A few years ago, I used to be Shai's neighbor. In recent years, our paths diverted, so our relationship isn't as strong. Shai and I used to spend hours talking about every aspect of life, both personal and career-related.

Shai is a tremendous person, a great mentor, and a man with a huge heart. I learned a lot from Shai, and he helped me personally in becoming a better and more positive person. He gave me many books to read, focusing on how to be a better person and how to make humanity better - how to improve oneself and the surrounding.

We always had interesting insights during our conversations, liked to discuss about how to live a good married life and, most importantly, how to attract the good in life. When I heard that he is going to prison in the United States, I was shocked, and I thought to myself that among people going to prison, Shai doesn't belong. It simply doesn't fit!

Omri

Honorable Claude M. Hilton

District Judge of the United States

<u>Subject: Shai Cohen</u>

I am Shai Torjman, a building engineer working in the construction field. I've known Shai since the age of 16; we studied together in the same class, and we've been close friends ever since. Over the years, I got to know Shai's lovely family - his parents and his wife and children. We've all become like one big family.

Shai and I are very close friends, talking on the phone every day and meeting at least 3-4 times a week. Our close relationship allows us to discuss anything and share everything, a bond that only childhood friends can truly understand.

Shai is an amazing person with endless generosity. This is evident in his care for his surroundings, his ability to listen, and his unwavering loyalty to his family and friends. He is extremely patient, has a high level of attentiveness, and is kind-hearted.

We've maintained our friendship because I greatly appreciate these qualities in Shai. Over the years, as he built his wonderful family, I discovered in Shai sensitivity and patience towards his family. He demonstrates commitment, responsibility, caring, and immense love for his children and wife. He's a role model father, nurturing and caring, always putting his family first, and supporting and helping with everything related to the home. He is a father who always prioritizes his family, caring and embracing them every moment he can.

Shai has also helped families in need, those facing economic difficulties in their day-to-day lives. There were times when he purchased products and grocery baskets for these families, especially on Sabbaths and holidays. Shai made sure that no one lacked anything.

My heart aches due to the current situation, and I hope Shai will return to his family soon.


Best regards

In honor of: Claude M. Hilton, United States District Judge

My name is Shiran Klein, 39 years old, married and mother of four children, living in Kiryat Bialik, originally from Kiryat Haim. I am an educational consultant (MA) at "Ort Motzkin" High School, and this is my 11th year in the education system.

I have known Shai since the age of 12, we met in middle school in Kiryat Haim, meaning, I have known Shai for 27 years. Shai and I became very close friends, and we have always had a relationship based on respect, trust, honesty, and loyalty.

Shai was my confidant for many years, providing stability and confidence during our youth. Despite separations and life challenges, Shay remained a supportive friend.

Shai is a true and loyal friend to those around him. I always knew he would be there for me, no matter when I turned to him. I spent a significant part of my youth and army service with him, navigating through life's challenges together.

Even when Shai moved to the USA, we maintained a strong long-distance connection. He surprised me on my wedding day, celebrating this important and meaningful event with me.

Shai is characterized by his big heart, sensitivity, joy for life and optimism. He is the kind of person who would help a stranger on the street, demonstrating kindness and generosity. He values morals, is a warm family man, and a loyal friend.

I perceive Shai as a seeker of justice, unafraid to speak his mind. Truth is one of the most important values in his life. I believe that I know him well and have detailed my honest perception of him.

Shai and I have maintained a good relationship, celebrating various happy events together. I know his lovely wife and sweet children, and I look forward to the day when Shai can reunite with his family.

Shai has always been a person who admits his mistakes, takes responsibility, learns from them, and strives to be a better person.


Thanks' a lot,

Shiran

To the honor of Judge Claude M. Hilton,

I was asked to write a letter about one of my friends - Shai Cohen.

First, let me introduce myself. My name is Shlomi, and I am an independent real estate relator in Israel for 30 years. I'm an entrepreneur in various fields, a well-known ethical businessman in Israel.

I got to know Shai at his wedding. I attended his wedding as the spouse of Shirai, my wife. She is a childhood friends with Shiran, who is Shai's wife.

Since the wedding and over the years, we began going out together for weekend, holidays, and hosting each other regularly at our homes. This became a longstanding tradition based on family events from both sides.

That's how I got to know Shai, the husband of Shiran. My relationship with Shai was initially based on daily or weekly phone calls, messages, and occasional meetings. Slowly, we connected and became friends.

We could sit together discussing Torah lessons one day, and the next day, we could talk about space exploration, taking imaginary journeys between galaxies. Meanwhile, Shai would get up to prepare a tasty sandwich and something to drink.

I got to know a unique person- a believer who sees only the good in life, always ready to help in any situation, a true and loyal friend. Shai is a person without any negativity, loves life, a devoted father, a model of commitment to both families and at his workplace.

He is a person who looks you in the eyes, and when you talk to him, you know you can truly trust him anywhere and anytime.

I met Shai after he returned from the United States, and I heard about his background due to the charges by the U.S authorities. I did not know Shai during his time abroad, but I know that the person he is today, does not reflect the person described in the indictment. He has already suffered enough, losing his freedom and his entire life has been shattered in front of his dear ones—his three young sons and his wife, that were left alone without them.

Shai has acknowledged his past mistakes, and he is not the person he used to be. I would be happy to know that he is given a second chance.


Sincerely,
Shlomi

Honorable Claude M. Hilton

District Judge of the United States


<u>Subject: Shai Cohen</u>

Hello, I'm Shrayi Michaeli, 37 years old, married to Shlomi Michaeli, and a mother to █████████, residing in Kiryat Motzkin. I also own a business specializing in skincare and aesthetics.

I met Shai through Shiran, his childhood friend and my friend as well. We quickly became more than just friends; we became like a family and Shai became my best friend. Our families and many other friends turned into a strong and united "tribe", thanks to him. Shai always knew how to connect people, with a wide heart and modesty, finding a way to unite everyone.

Shai is a warm, witty, and funny person, always a pleasure to be around. He constantly pampers, listens attentively and consistently sees the good, even when everything seems bad at first sight. He is an emotionally intelligent person who precisely understands what you're going through and is there for you.

It's evident with Shai that he is an amazing family man, indulgent and generous. A good friend to his wife and children, actively participating in all household tasks. It makes me feel proud when I see and acknowledge his qualities. He's a great and sensitive father who invest a great deal in the educating of his children and raises his children by the values of honesty and compassionate.

But most importantly, Shai values people. Those who had the privilege of meeting him always share fascinating stories about his heroic deeds or anecdotes that make you laugh. He's simply someone who allows you to be yourself, and it's delightful to have someone like him in your life.

He is the husband of a friend who is more like a sister to me, but, thanks to his character, he also has become more than just my sister's husband, he became my confidant who has accompanied me for seven years in fertility treatments, always listening and giving me hope. I will never forget the time when I was in the delivery room during my pregnancy. While being at home during my pregnancy last stages, he was there with a conquering smile that gave me hope. Even then, through the screen, I felt how happy he was for me.

Sincerely,

Sharyi

Dear Judge Claude M. Hamilton,

District Judge of the United States,

Greetings,

My name is Yonit Rosenfeld. Today, I am married and a mother of three daughters, working as a guide for mothers on how to be happy with their children.

I got to know Shai a few years ago in the United States through friends. Every time I saw him, he wore a smile and radiated positive energy - something that truly characterizes Shai: a smile and contagious energy.

Although we haven't met in a long time, we used to spend a lot of time together in the past with our families when our children were younger. Until today I am asking for updates about his situation from his wife, Shiran. Shai is one of the good people I've met, and it saddens me to see what he and his family are going through, both as a family and as individuals. I don't believe Shai ever intended to harm anyone. That's not who he is. I remember him as someone who always wants to help and do good for others.

It's important for me to emphasize that Shai is a family man, very caring, with a big heart, full of giving and love. He is not a malicious person; he is far from it. When we visited his home, he always made sure we felt comfortable, as if his home was ours. I remember him recommending books related to personal development and even lending me some to read. His heart has always been wide open. There aren't many good people like him these days.

I feel that I know Shai very well. Despite not seeing him often, each time we did, it felt like we met just yesterday. He always asks about my well-being and the well-being of my family.

I hope everyone sees the good in him.

Best regards,

Yonit Rosenfeld

**November 20ᵗʰ 2023**

The Honorable Judge Claude M. Hilton

The District Court in Virginia

**The United States**


Your Honor,


Subject: Testimonial for Shai Cohen


I hope this letter finds you in good health.

My name is Yossi Peretz, founder of an association promoting self-esteem in at-risk youth through sports, particularly surfing, including individuals with disabilities.

I have known Shai Cohen's family for many years. His sister was a close friend of mine since a very young age, and in recent years, his wife has become a good friend through our sons' school. Our families have established connections through various school activities, birthdays, social gatherings, and even joint trips and dinners.

During our interactions, Shai and I engage in deep conversations covering topics such as ethics, values, the meaning of religious duty, beliefs, love for others, and assistance to those in need. It is inspiring to witness Shai's thoughtful approach to these discussions and his commitment to being a role model for his family.

I am not familiar with the details of the case at hand, but I have heard from Shai about his dedication as a family man. He organizes family gatherings, ensuring everyone feels welcomed and cared for. Shai takes the time to inquire about the needs of each family member, demonstrating his attentiveness and concern for their well-being.

Shai's commitment to hospitality is evident in his desire to make everyone feel at home during their visits. He invites others genuinely and aims to be a true friend on every occasion, exemplifying his sincere wish to maintain meaningful connections.

It is important to note that beyond my personal experience with Shai, I am not aware of the specifics of the case. However, the shock I felt upon hearing about the situation is a testament to the compassionate, caring individual he is today.

I sincerely hope for Shai Cohen's prompt return to his family, and I wish him success in overcoming the challenges he faces. My thoughts are with Shai, his wife, and their three children during this difficult time.


Wishing you all the best,

Yossi Peretz

**December 22th 2023**

The     Honorable     Judge
        Claude M. Hilton

The    District    Court    in
                    Virginia

**The United States**


Your Honor,


**Re: Shai Cohen**


Hello, my name is Azar and I am the father of Shiran, Shai′s wife.

I′ve known Shai for 20 years, he was Shiran′s first boyfriend and later became her husband.

I know him and his family well, they are very good people.

To me, Shai is a good boy, polite, always respectful and treats Shiran well.

Over the years, I see how he takes care of her and all her needs, and it makes me very happy.

Beyond that, he is a wonderful father to my grandchildren, an educator, caring, inclusive, loving.

And knows how to set limits when needed

He is an active father and helps at home with everything needed. I couldn′t wish my daughter a better husband

When he was arrested, he called me and told me he wanted me to take his place and take care of his wife and children, Of course I agreed immediately, I must say that this conversation

Verey excited me.

But on the other hand, I wasn′t surprised because Shai is very responsible.

I hope this nightmare ends soon.

Thanks a lot,

Azar

25/11/2023

TO: Hon. Claude M. Hilton

 U.S. District Judge, Eastern District of Virginia


**<u>Subject: Shai Cohen</u>**

I am Danny Avikzar, a professional semi-trailer truck driver with 27 years of experience. I am also Shai Cohen's cousin, and I've known him for about 17 years. Over the years, I got to know Shai through regular family gatherings on every Sabbath and holiday. We used to eat together with the extended family, preparing and cooking meals together. Many times we organized festive meals or significant events together. Shai and I often collaborated in grilling and barbecuing, demonstrating successful teamwork. Most of the time, we engaged in personal and deep conversations where Shai revealed qualities of knowledge and life experience, contributing and assisting in problem-solving in various life aspects. Shai is a family-oriented person who knows how to host and the entire family in the highest level of giving. He respects everyone, showing care and indulgence. I've seen him cooking and serving food, ensuring everyone eats and satisfied. If he heard we need help, he was always ready to assist. Shai has great patience with his children and mine, taking them to soccer games and shows, and making sure to buy them sweets, gifts, and clothes. Throughout my acquaintance with Shai, our relationship has been good and warm. He is a figure with a positive presence, radiating calmness and love to those around him. During significant holiday periods, Shai always made sure that we all came together, creating a unified atmosphere for both his and our family, celebrating Sabbaths, holidays, and events in a comfortable and pleasant atmosphere.


Thank you, Danny

25/11/2023

TO: Hon. Claude M. Hilton

U.S. District Judge, Eastern District of Virginia

**<u>Subject: Shai Cohen</u>**

I am Hadassah Avikzar, an educator for about 25 years. I am Shai Cohen's sister in-law (I am married to Danny, who is Shiran's wife) for the past 17 years. Shai is a good guy, a family man who always takes care of his wife, children, in-laws and parents. He consistently spread calmness and love to those around him, hosting and with love every person.

On Sabbath holidays and events, we gather to eat dishes that Shai cooks, who spoils us each time. Since we met Shai, he has taken the family's children to shows, football games, pampered them with treats and ensured quality time with them. For my sons,  Shai, is their youth leader who took them to soccer games for the team they still cheer together. It's a shared love for a soccer team. Shai regularly bought tickets and made sure to arrange transportation for Yahav, if he couldn't attend to a certain game.

There were times I received advice from Shai regarding personal matters, as he always provided efficient solutions in a pleasant and courteous manner. Shai has a characteristic that captures a sense of unity and belonging. Even in moments of sadness, he knew how to lift my spirits and bring joy.

Thank you,

Hadassah

**December 22ᵗʰ 2023**

The Honorable Judge
Claude M. Hilton

The District Court in
Virginia

**The United States**

Your Honor,

**Re: Shai Cohen**

Very pleasant, my name is Shontel and I am the mother of Shiran, Shaiʼs wife.

Iʼve known Shai for 20 years and love him very much Heʼs like my son.

He always interested in me and asking how I am and helping me with everything I ask.

Since his arrest, their house hasnʼt been the same and it hurts me a lot to see it.

My daughter is crying and sad all the time, and the grandchildren donʼt find themselves without their father next to them They are very attached to him, he is the one who makes them sandwiches in the morning and takes them to classes and reads a story before bed.

Yali, the eldest grandson, took it very hard, He was constantly irritable and went back to wetting the bed.

This story affects 3 young children so much and Iʼm afraid itʼs what will burn into their memory and affect their lives.

This period in Israel further emphasizes the pain and helplessness in which Shiran and the children find themselves

I hope my words touch you and find a way to your heart.

Thank you so much for your time